IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DALY, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:23-cv-00933 |
| | ) | Hon. Jorge L. Alonso |
| Plaintiff, | ) ) | Magistrate Judge Heather K. McShain |
| - against - | ) ) | |
| GLANBIA PERFORMACE NUTRITION, INC. | ) ) ) | |
| Defendant. | ) ) | |

## **<u>DEFENDANT'S MOTION TO STRIKE NATIONWIDE CLASS ALLEGATIONS</u>**

Defendant Glanbia Performance Nutrition (NA), Inc. (f/k/a Glanbia Performance Nutrition, Inc.) hereby moves the Court for an order striking the nationwide class allegations from Plaintiff John Daly's Complaint (Compl., ¶ 31). Defendant's motion is based upon Federal Rules of Civil Procedure 12(f) and 23(d)(1)(D). The grounds for Defendant's Motion are:

1. A court may strike class allegations where it is apparent from the pleadings that the proposed class cannot be certified. *See, e.g., Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 160 (1982); *Donelson v. Ameriprise Financial Services, Inc.*, 999 F.3d 1080, 1092 (8th Cir. 2021); *Hill v. Wells Fargo Bank, N.A.*, 946 F. Supp. 2d 817, 829 (N.D. Ill. 2013); *Cowen v. Lenny & Larry's, Inc.*, No. 17 CV 1530, 2017 WL 4572201, at *4 (N.D. Ill. Oct. 12, 2017).

2. The Court should strike the nationwide class allegations as to the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 (the "ICFA") (Count I), because the ICFA does not apply extraterritorially.

1

3. The Court should strike the nationwide class allegations as to the common law fraud and unjust enrichment claims (Counts II and III) because, under Illinois choice-of-law principles, those claims would be governed by the varying laws of 50 different states, and "[n]o class action is proper unless all litigants are governed by the same legal rules." *In re Bridgestone/Firestone, Inc.*, 288 F.3d 1012, 1015 (7th Cir. 2022).

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law, filed concurrently herewith. This motion is based on this motion, the accompanying Memorandum of Law, the pleadings and papers filed in this action, and on such matters and arguments that may be presented to the Court at or before any hearing on this matter.

Dated: February 22, 2023

*/s/ Manon Burns*
AMIN TALATI WASSERMAN, LLP
William P. Cole (pro hac vice pending)
Matthew R. Orr (pro hac vice pending)
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 933-2330
Facsimile: (312) 884-7352
William@amintalati.com
Matt@amintalati.com

Manon L. Burns
Illinois Reg. No. 6329495
549 W. Randolph Street
Suite 400
Chicago, IL 60661
Telephone: (312) 466-1033
Facsimile: (312) 884-7352
Sanjay@amintalati.com
Manon@amintalati.com

*Attorneys for Defendant Glanbia Performance Nutrition (NA), Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2023, I caused the electronic filing of the foregoing document through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Manon Burns*
Manon Burns